## AFFIDAVIT OF SERVICE

| Case:<br>23-CV-<br>1923 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF COLORADO | County: | Job:<br>9285617 (70) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>CS HOLISTIC, LLC | | **Defendant / Respondent:**<br>ABDUL QADER QURBAN INC, d/b/a SMOKE TOKES #3 and ABDUL<br>QADER ASIB | |
| **Received by:**<br>VSP Service of Process & Investigations LLC | | **For:**<br>Gilbertson Law Office | |
| **To be served upon:**<br>ABDUL QADER ASIB | | | |

I, Angelea Medina, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**     ABDUL QADER ASIB, 4917 CHERRY SPRINGS , COLORADO SPRINGS, CO 80909

**Manner of Service:**             Authorized, Aug 4, 2023, 5:51 pm MDT

**Documents:**                     SUMMONS IN A CIVIL ACTION (Received Jul 31, 2023 at 12:30pm MDT), NOTICE OF VIOLATION OF U.S. FEDERAL LAW (Received Jul 31, 2023 at 12:30pm MDT), COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (Received Jul 31, 2023 at 12:30pm MDT)

**Additional Comments:**
1) Successful Attempt: Aug 4, 2023, 5:51 pm MDT at 4917 CHERRY SPRINGS , COLORADO SPRINGS, CO 80909 received by Store Manager Alyssa Moore on behalf of ABDUL QADER ASIB. Ethnicity: Caucasian; Gender: Female; Hair: Blond; Other: Alyssa Moore;

_Angelea Medina_

_____     08/08/2023
Angelea Medina                    **Date**

VSP Service of Process & Investigations LLC
130 W 5th Ave
Denver, CO 80204
719-645-3988