## AFFIDAVIT OF SERVICE

| Case: 23-CV-1923 | Court: IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | County: | Job: 9285611 (69) |
|---|---|---|---|
| **Plaintiff / Petitioner:** CS HOLISTIC, LLC | | **Defendant / Respondent:** ABDUL QADER QURBAN INC, d/b/a SMOKE TOKES #3 and ABDUL QADER ASIB | |
| **Received by:** VSP Service of Process & Investigations LLC | | **For:** Gilbertson Law Office | |
| **To be served upon:** ABDUL QADER QURBAN INC. d/b/a/ SMOKE TOKES #3 REGISTERED AGENT ABDUL QADER ASIB | | | |

I, Angelea Medina, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   ABDUL QADER QURBAN INC. d/b/a/ SMOKE TOKES #3 REGISTERED AGENT ABDUL QADER ASIB, 1779 S 8TH ST, COLORADO SPRINGS, CO 80906

**Manner of Service:**   Authorized, Aug 4, 2023, 4:45 pm MDT

**Documents:**   SUMMONS IN A CIVIL ACTION (Received Jul 31, 2023 at 12:30pm MDT), NOTICE OF VIOLATION OF U.S. FEDERAL LAW (Received Jul 31, 2023 at 12:30pm MDT), COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES (Received Jul 31, 2023 at 12:30pm MDT)

**Additional Comments:**
1) Successful Attempt: Aug 4, 2023, 4:45 pm MDT at 1779 S 8TH ST, COLORADO SPRINGS, CO 80906 received by Store Manager Teresa on behalf of ABDUL QADER QURBAN INC. d/b/a/ SMOKE TOKES #3 REGISTERED AGENT ABDUL QADER ASIB. Ethnicity: Caucasian; Gender: Female; Other: Teresa accepted, Person in charge;

_Angelea Medina_                                      08/08/2023
_____                _____
Angelea Medina                                       **Date**

VSP Service of Process & Investigations LLC
130 W 5th Ave
Denver, CO 80204
719-645-3988