IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

GS HOLISTIC, LLC,

Plaintiff,

Case No. 1:23-cv-01923-RMR-NRN

vs.

Abdul Wader Qurban Inc. et al,

Defendants.

_______________________________ /

**NOTICE OF STATUS**

Pursuant to this Court's December 23, 2025, Order (DE 29), Plaintiff, by and through undersigned counsel, files this Notice of Status and states as follows:

1. Defendants are unrepresented by counsel. As of the date of this status report, it appears that Defendants have filed no Answer. Once the stay is lifted, Plaintiff is prepared to file a motion for clerk default to continue prosecuting the case.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this December 30, 2025, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties Regular Mail to the Defendants Abdul Wader Qurban Inc., 1779 S 8th Street, Colorado Springs, CO 80906 and Abdul Qader Asib, at 4917 Cherry Springs, Colorado Springs, CO 80909.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030