**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

GS HOLISTIC, LLC,

Plaintiff,

v.

Abdul Wader Qurban Inc., et al,

Defendants,

Case No. 1:23-cv-01923-RMR-NRN

**CERTIFICATE OF SERVICE**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby certifies that on February 12, 2026, the Order [DE 47] was mailed via Certified Mail to the Defendants Abdul Wader Qurban Inc., 1779 S 8th Street, Colorado Springs, CO 80906 and Abdul Qader Asib, at 4917 Cherry Springs, Colorado Springs, CO 80909.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 13, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030