**UNITED STATES DISTRICT COURT**
**DISTRICT COLORADO**

GS HOLISTIC, LLC,

Plaintiff,

v.

Abdul Wader Qurban Inc., et al,

Defendants,

Case No. 1:23-CV-01923

**PLAINTIFF GS HOLISTIC LLC MOTION FOR EXTENSION OF TIME**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby moves this Court for an extension of time to file its Motion for Entry of Default Judgment Against Defendants, and in support states as follows: Undersigned counsel requires additional time to adequately prepare the necessary documents and supporting materials to ensure that the motion is complete. Additionally, undersigned counsel is presently handling a medical emergency involving an immediate family member, which has required significant time and attention and has limited counsel's ability to finalize the motion by the current deadline. This request is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension. Undersigned counsel respectfully requests an extension of 45 days, up to and including Monday, May 25, 2026, within which to file the motion.

**WHEREFORE**, Plaintiff/Defendant respectfully requests that this Court enter an Order granting this Motion for Extension of Time and extending the deadline to file the subject motion to May 25, 2026, and for such other and further relief as the Court deems just and proper.

EDDY LEAL, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 8, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

/s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030