UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 1:23-cv-01923-RMR-NRN |
| Plaintiff, | |
| v. | **MOTION FOR CLERK DEFAULT** |
| Abdul Wader Qurban Inc., et al, | |
| Defendans, | |

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against ABDUL WADER QURBAN INC. and ABDUL QADER ASIB, and in support thereof states as follows:

1. On December 13, 2023, the Plaintiff filed its Amended Complaint for Trademark Infringement [DE 28].

2. ABDUL WADER QURBAN INC. and ABDUL QADER ASIB, have failed to an Answer with this Court.

3. It has been more than twenty-one (21) days since ABDUL WADER QURBAN INC. and ABDUL QADER ASIB, was served with the Summons and Complaint.

4. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a

party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

5. As of the date of this Motion, the Defendants, ABDUL WADER QURBAN INC. and ABDUL QADER ASIB, have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendant, ABDUL WADER QURBAN INC. and ABDUL QADER ASIB, and any other relief this Court deems just and proper.


Date: June 12, 2026

Respectfully submitted,


Eddy Leal, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com
By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*