UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 1:23-cv-01923-RMR-NRN |
| Plaintiff, | |
| v. | |
| Abdul Wader Qurban Inc., et al, | |
| Defendans, | |

## **NOTICE OF COMPLIANCE**

Plaintiff, GS HOLISITC, LLC, by and through its undersigned counsel, hereby gives notice that it has complied with the Court's directive by filing its Motion for Clerk's Default. In addition, the Clerk entered the default against Defendants on June 15, 2026 (DE 68).

Respectfully Submitted,

Eddy Leal, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com
By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

1

<u>**CERTIFICATE OF SERVICE**</u>

      I HEREBY CERTIFY that on June 16, 2026, the foregoing document, was electronically emailed to all parties listed on the Service List.

By: <u>/s/ Eddy Leal           </u>
Eddy Leal, Esq.
Florida Bar No. 96030