UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| GS HOLISTIC, LLC,<br>Plaintiff,<br>v.<br>Abdul Wader Qurban Inc., et al,<br>Defendans, | No. 1:23-cv-01923-RMR-NRN |

**NOTICE OF DISMISSAL**

Plaintiff, GS Holistic, LLC, by and through its undersigned counsel, hereby files this Notice of Dismissal against Defendants Abdul Qader Qurban Inc., and Abdul Qader Asib. Plaintiff and Defendants have executed a Settlement Agreement to resolve this dispute.

Respectfully submitted,

Eddy Leal, P.A.
777 Brickell Avenue, Suite 500
Miami, FL 33131
Phone: 305-979-3900
Email: EL@leallegal.com
E-Service: eservice@leallegal.com

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030

*Attorney for GS Holistic LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this July 1, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF and it was sent electronically to all NEF registered parties.

By: /s/ Eddy Leal
Eddy Leal, Esq.
Florida Bar No. 96030